# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED FEBRUARY 27, 2015

### NO.  03-13-00280-CV

Joe McHaney d/b/a Envirosol Environmental Services, Appellant

v.

Texas Commission on Environmental Quality, Appellee

**APPEAL FROM 250TH DISTRICT COURT OF TRAVIS COUNTY
BEFORE CHIEF JUSTICE ROSE AND JUSTICE PEMBERTON;
FORMER CHIEF JUSTICE JONES NOT PARTICIPATING
AFFIRMED -- OPINION BY CHIEF JUSTICE ROSE**

This is an appeal from the order signed by the district court on March 27, 2013.  Having reviewed the record and the parties' arguments, the Court holds that there was no reversible error in the district court's order.  Therefore, the Court affirms the district court's order.  The appellant shall pay all costs relating to this appeal, both in this Court and the court below.